George M. Reiber
Chapter 13 Trustee
3136 Winton Road South
Rochester NY 14623
(585) 427-7225



August 30, 2011

Paul R. Warren, Clerk of Court United States Bankruptcy Court, WDNY
1220 U.S. Courthouse, Bankruptcy Division
100 State Street
Rochester, NY 14614

Re: Clinton G Galbraith; BK 09-21847    (Chapter 12 case)

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $0.19. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Farm Credit of Western NY        $0.19        Claims Register # 18

/s/_____
George M. Reiber, Trustee



Case 2-09-21847-JCN    Doc 190    Filed 09/02/11    Entered 09/06/11 10:47:08    Desc
Main Document    Page 1 of 1